IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| RICHARD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 3:13-CV-00479 |
| ) | JUDGE TRAUGER |
| WAL-MART REAL ESTATE BUSINESS TRUST) | MAGISTRATE JUDGE GRIFFIN |
| d/b/a "Wal-Mart Store #659", and ) | JURY DEMANDED |
| WAL-MART STORES EAST, L.P. ) | |
| d/b/a "Wal-Mart Store #659", ) | |
| ) | |
| Defendant. ) | |

**MOTION REQUESTING ENTRY OF AGREED ORDER**

Defendants Wal-Mart Real Estate Business Trust and Wal-Mart Stores East, LP, by and through counsel, moves the Court to approve and enter the attached Agreed Order to allow the law firm of Howell & Fisher, PLLC to have access to certain records belonging to the plaintiff.

The specific agreement is described in the agreed order, which was signed by all the parties.

s/Susan VanDyke
G. Andrew Rowlett, No. 16277
Susan VanDyke, No. 23070
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
arowlett@howell-fisher.com
svandyke@howell-fisher.com
Attorneys for Defendants