IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD BROWN ) | |
| ) | |
| v. ) | NO. 3:13-0479 |
| ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST d/b/a Wal-Mart Store #659; and ) | |
| WAL-MART STORES EAST, L.P. ) | |
| d/b/a Wal-Mart Store #659 ) | |

O R D E R

This civil action was removed to this Court on May 17, 2013, and an initial case management conference was scheduled before Judge Trauger for August 5, 2013. On June 5, 2013, counsel filed a notice of Consent of the Parties to proceed before the Magistrate Judge (Docket Entry No. 7), and by Order entered June 6, 2013, Docket Entry No. 10, the case was referred to the undersigned for all further proceedings.

The initial case management conference is RESCHEDULED from August 5, 2013, to **Wednesday, June 26, 2013, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. If this date and time are inconvenient for counsel, they should confer and call Ms. Jeanne Cox, courtroom deputy, to reschedule.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge