IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 3:13-CV-00479 |
| | ) | JUDGE TRAUGER |
| **WAL-MART REAL ESTATE BUSINESS TRUST** | ) | MAGISTRATE JUDGE GRIFFIN |
| d/b/a "Wal-Mart Store #659", and | ) | JURY DEMANDED |
| **WAL-MART STORES EAST, L.P.** | ) | |
| d/b/a "Wal-Mart Store #659", | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

It appears to the Court, as evidenced by the signature of counsel of the parties below, that this matter as it relates to defendant Wal-Mart Real Estate Business Trust only, shall be dismissed without prejudice pursuant to Rule 41(a)(2).

It further appears to the court that Wal-Mart Stores East, L.P., is the proper defendant in this action since Wal-Mart Stores East, L.P., owned and operated the subject store at the time of plaintiff's accident on September 16, 2012.

**IT IS SO ORDERED.**

**ENTERED** this _____ day of August, 2013.

_____
**MAGISTRATE JUDGE JULIET GRIFFIN**

**APPROVED FOR ENTRY:**

s/Susan VanDyke
G. Andrew Rowlett, No. 16277
Susan VanDyke, No. 23070
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
arowlett@howell-fisher.com
svandyke@howell-fisher.com
Attorneys for Defendants


s/Michael K. Smith (by SSV w/express permission)
Michael K. Smith, No. 17155
144 Second Avenue North, Suite 150
Nashville, TN 37201
#615/620-5833
michael@mksmithlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by the Electronic Court Filing System upon Michael K. Smith, 144 Fourth Avenue North, Suite 150, Nashville, TN 37201, on this the 21st day of August, 2013.

                                        s/Susan VanDyke

F:\SSV\Brown, Richard v. WM (AR)\Agreed Order - WMREBT dismissal.wpd