# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **RICHARD BROWN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 3:13-CV-00479 |
| ) | JUDGE TRAUGER |
| **WAL-MART STORES EAST, L.P.** ) | MAGISTRATE JUDGE GRIFFIN |
| d/b/a "Wal-Mart Store #659", ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |

## AGREED PROTECTIVE ORDER

It appears to the Court that plaintiff has requested certain documents from defendant ("Wal-Mart"), containing confidential information.

It further appears to the Court that pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is agreed by plaintiff, as evidenced by the signature of plaintiff's counsel below, that certain documents, written materials and information shall be provided by Wal-Mart to plaintiff in this case through discovery, subject to the following conditions:

1. This protective Order shall apply only to those documents which are designated as "confidential" and not to all documents produced by Wal-Mart;

2. Use of any confidential documents and written materials (and the information contained therein) provided by Wal-Mart to plaintiff is limited solely to the prosecution and defense of this action to its conclusion or appeal;

3. Any confidential documents and information provided to plaintiff will not be released or disclosed by any counsel or plaintiff to any person at any time, except as required in the prosecution or defense of this action;

4. Due to Wal-Mart's concern for protecting the confidentiality of the information provided to plaintiff, any information so provided to plaintiff's counsel will not be released or disclosed by plaintiff's counsel or others to any person not a party to this action without permission of Wal-Mart, unless ordered by the Court. Plaintiff's use of the confidential information provided by Wal-Mart is limited solely to the prosecution and defense of this action;

5. In the event copies are made pursuant to the terms of this Order, the mark "confidential" shall remain on each such copy;

6. All documents and written materials marked confidential and provided by Wal-Mart to plaintiff's counsel, as well as photocopies thereof, shall be destroyed at the conclusion of this action.

7. All counsel and their clients are ordered to respect the spirit and letter of this protective order.

8. Plaintiff retains the right to challenge by Motion a labeling of "confidential" should such be improper for any particular document.

**IT IS SO ORDERED** on this 19th day of May, 2014.

_____
**JUDGE** Julie Gibbon

**APPROVED FOR ENTRY:**

s/ Meredith L. Hiester
G. Andrew Rowlett, No. 16277
Meredith L. Hiester, No. 30183
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
arowlett@howell-fisher.com
mhiester@howell-fisher.com
Attorneys for Defendants


s/ Michael K. Smith (with express permission by M. Hiester)
Michael K. Smith, No. 17155
144 Second Avenue North, Suite 150
Nashville, TN 37201
#615/620-5833
michael@mksmithlaw.com
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by the Electronic Court Filing System upon Michael K. Smith, 144 Second Avenue North, Suite 150, Nashville, TN 37201, on this the 14th day of May, 2014.


S/ Meredith L. Hiester